IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NICHOLAS A. MCNEIL,            )
    Plaintiff,             )
  v.                          )            1:13CV666
                               )
JIM O'NEILL,                   )
    Defendant.             )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 20, 2013, was served on the parties in this action. Plaintiff objected to the Recommendation. [Doc. # 5.]

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief. A Judgment will be entered contemporaneously with this Order.

*/s/ James A. Beaty*
United States District Judge

Date: September 24, 2013